441 A.2d 1211

**COMMONWEALTH of Pennsylvania**

v.

**Gerald JONES, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 19, 1982.

Decided March 10, 1982.

Joseph C. Santaguida, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Richard McMonigle, Asst. Dist. Atty., Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

424

ORDER

PER CURIAM.

The Judgment of Sentence is Affirmed.